| | |
|---|---|
| 1 | Z. KATHRYN BRANSON, ESQ. |
| | Nevada Bar #11540 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, Nevada  89169.5937 |
| 4 | Telephone: 702.862.8800 |
| | Fax No.:    702.862.8811 |
| 5 | Email:  kbranson@littler.com |
| 6 | Attorneys for Defendant |
| | SAM'S WEST, INC. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA MASTERS, | Case No. 2-24-cv-01959-RFB-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT SAM'S WEST, INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS (ECF NO. 6)** |
| SAM'S WEST, INC. d/b/a SAM'S CLUB, a Domestic Limited-Liability Company; LARRY BIRD, an individual; ROB "DOE", an individual; DOES 1-25, inclusive; and ROE CORPORATIONS 1-25, inclusive, | |
| Defendants. | **[FIRST REQUEST]** |

Plaintiff Lisa Masters ("Plaintiff") and Defendant Sam's West, Inc. ("Defendant"), by and through undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its Reply in Support of its Motion to Dismiss [ECF No. 6] from the current deadline of November 15, 2024, up to and including **November 22, 2024**.

This requested extension is necessary to provide Defendant additional time to complete and finalize the reply in light of scheduling conflicts.

. . .

. . .

. . .

This is the first extension requested in this matter. It is made in good faith and not for the purposes of delay or to cause undue burden.

Dated: November 15, 2024

KANG & ASSOCIATES, PLLC

/s/ *Patrick W. Kang*
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
CHRISTIAN Z. SMITH, ESQ.

Attorneys for Plaintiff
LISA MASTERS

Dated: November 15, 2024

LITTLER MENDELSON, P.C.

_____
Z. KATHRYN BRANSON, ESQ.

Attorneys for Defendant
SAM'S WEST, INC.

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED** this 15 of November 2024.