Z. KATHRYN BRANSON, ESQ.
Nevada Bar #11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone: 702.862.8800
Fax No.:     702.862.8811
Email:  kbranson@littler.com

Attorneys for Defendant
SAM'S WEST, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MASTERS,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Domestic Limited-Liability Company; LARRY BIRD, an individual; ROB "DOE", an individual; DOES 1-25, inclusive; and ROE CORPORATIONS 1-25, inclusive,<br><br>    Defendants. | Case No. 2-24-cv-01959-RFB-MDC<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SUBMITTED IN COMPLIANCE WITH LR 26-1(b))** |

Defendant, Sam's West, Inc. (hereinafter "Sam's West"), and Plaintiff, Lisa Masters ("Plaintiff"), by and through their respective attorneys of record, hereby submit this Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b).

**1.     Fed. R. Civ. P. 26(a) Initial Disclosures:**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Court 26-1(a), on November 25, 2024, counsel for Plaintiff, Christian Smith, Esq. of Kang & Associates, PLLC Offices and counsel for Defendant, Z. Kathryn Branson, Esq. of Littler Mendelson, conducted a meeting to discuss the relevant issues for discovery, possible early resolution of the matter, and other pertinent issues.  Pursuant to these discussions, the parties agree that they will submit their initial disclosures on or before **December 16, 2024**.

**2.      Discovery Cut-Off Date:**

The parties request a discovery period of 180 days from October 28, 2024, the date the Defendant Sam's West, Inc. filed its Motion to Dismiss the Complaint. Accordingly, all discovery must be completed no later than **Monday, April 28, 2025. [Deadline lands on Saturday moved to Monday]**.

**3.      Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than **Tuesday, January 28, 2025**.

**4.      Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Thursday, February 27, 2025**, and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than **Monday, March 31, 2025. [Deadline lands on Saturday moved to Monday].**

**5.      Dispositive Motions:**

The parties shall file dispositive motions not more than (30) days after the discovery cut-off date and, therefore, not later than **Wednesday, May 28, 2025.**

**6.      Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, June 27, 2025**.

**7.      Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(b)(6) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, June 27, 2025**.

**8.   Alternative Dispute Resolution:**

The parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration and early neutral evaluation.

**9.   Alternative Forms of Case Disposition:**

The parties certify they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed.R.Civ.P.73 and the use of the Short Trial Program (General Order 2013-01).

**10.   Electronic Evidence:**

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  Discussions between the parties will be ongoing as the trial date approaches and they stipulate that they intend to present any electronic evidence in a format compatible with the court's electronic jury evidence display system.

**11.   Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty (21) days before the expiration of the subject deadline.

Dated:  November 26, 2024

Respectfully submitted,

/s/ Christian Z. Smith
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
CHRISTIAN Z. SMITH, ESQ.
KANG & ASSOCIATES, PLLC

Attorneys for Plaintiff
LISA MASTERS

Dated:  November 26, 2024

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SAM'S WEST, INC.

**IT IS SO ORDERED.**

Dated:  11-27-24

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800