Z. KATHRYN BRANSON, ESQ.
Nevada Bar #11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
Telephone: 702.862.8800
Fax No.:    702.862.8811
kbranson@littler.com

Attorneys for Defendant
SAM'S WEST, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MASTERS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Domestic Limited-Liability Company; LARRY BIRD, an individual; ROB "DOE", an individual; DOES 1-25, inclusive; and ROE CORPORATIONS 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01959-RFB-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

　　　Plaintiff LISA MASTERS ("Plaintiff") and Defendant SAM'S WEST, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　The parties agree that no party shall be deemed to be a prevailing party in this action

/ / /

/ / /

/ / /

and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

| | |
|---|---|
| Dated: June 16, 2025 | Dated: June 16, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Christian Z. Smith<br>PATRICK W. KANG, ESQ.<br>KYLE R. TATUM, ESQ.<br>CHRISTIAN Z. SMITH, ESQ.<br>ACE LAW GROUP | Z. KATHRYN BRANSON, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>Attorneys for Defendant<br>SAM'S WEST, INC. |
| Attorneys for Plaintiff<br>LISA MASTERS | |

**IT IS SO ORDERED.**

Dated: This 17th day of June, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

2

4918-2373-7381.2 / 080000.4376